IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01278-RPM

TRISH COLLINS, individually and as mother and next friend of BABY DOE,

    Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
CARLA DAMICONE;
KELLY CURRAN and
JANE JORDAN,

    Defendants.

_____

## STAY ORDER
_____

    Pursuant to the scheduling conference held today, it is

    ORDERED that all proceedings in this matter are stayed until further order of the Court.

    DATED:   November 22, 2013

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior Judge